AO 440 (Rev. 10/2002) Summons in a Civil Case

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: __08-CV-21637-Cooke-Bandstra__

MICHAEL I. GOLDBERG, as
Receiver for Worldwide
Entertainment, et al.

                          Plaintiff

v.

DAVID BREHM,

                          Defendant

## SUMMONS IN A CIVIL CASE

TO: (Name and address of defendant)

    DAVID BREHM
    21 PETTIS ST
    LAKE GEORGE, NY 12845

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Joanne Gelfand, Esq.
    Akerman Senterfitt
    350 E. Las Olas Blvd., Suite 1600
    Fort Lauderdale, Florida  33301

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



**SUMMONS**      __June 9, 2008__
                              DATE

Steven M. Larimore
Clerk of Court

s/Vernice Thomas
Deputy Clerk
U.S. District Courts