UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 08-21637-CIV-HUCK
(Ancillary Proceeding to case No. 06-20975-Civ-Huck/Simonton)

MICHAEL I. GOLDBERG, as Receiver
for Worldwide Entertainment, Inc.,
The Entertainment Group Fund, Inc.,
American Enterprises, Inc., and
Entertainment Funds, Inc.,

      Plaintiff,

v.

DAVID BREHM,

      Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of *Clerk's Default [8]* was furnished on this 21st day of October, 2008 via U.S. Mail to David Brehm, 389 Cleverdale Road, Queensbury, NY 12845.

    Respectfully submitted,

    **AKERMAN SENTERFITT**
    *Attorneys for Receiver, Michael I. Goldberg*
    Las Olas Centre II
    350 East Las Olas Boulevard, Suite 1600
    Fort Lauderdale, Florida 33301
    Tel.: (954) 463-2700 / Fax: (954) 463-2224

    By: /s/ Tarek Kiem
        Joanne Gelfand, Esq.
        Florida Bar Number: 515965
        E-Mail: joanne.gelfand@akerman.com
        Tarek K. Kiem, Esq.
        Florida Bar No. 637041
        E-Mail: tarek.kiem@akerman.com